

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00601-CR

FRANCISCO EZEQUIEL LOPEZ
v.
THE STATE OF TEXAS

On Appeal from the
206th District Court of Hidalgo County, Texas
Trial Court Cause No. CR-0990-19-D

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgments of the trial court should be reversed and rendered in part and affirmed as modified in part. The Court orders the judgment of the trial court REVERSED and RENDERS a judgment vacating count two. The Court orders the judgments of the trial court AFFIRMED AS MODIFIED as to counts one and three.

We further order this decision certified below for observance.

August 11, 2022